IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Palmore, James A | Case Number: 06 B 12080 |
|---|---|---|
| | Palmore, DuRhonda A | Judge: Wedoff, Eugene R |
| | Printed: 9/16/08 | Filed: 9/25/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 31, 2008
Confirmed: January 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,550.00 | |
| Secured: | | 5,165.51 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,974.00 |
| Trustee Fee: | | 410.49 |
| Other Funds: | | 0.00 |
| Totals: | 7,550.00 | 7,550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,974.00 | 1,974.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 7,722.19 | 5,165.51 |
| 4. | GMAC Mortgage Corporation | Secured | 11,433.00 | 0.00 |
| 5. | Charming Shoppes | Unsecured | 49.77 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 3.87 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 312.36 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 400.60 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 33.68 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 227.17 | 0.00 |
| 11. | Island One | Secured | | No Claim Filed |
| 12. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 13. | Island One | Unsecured | | No Claim Filed |
| 14. | Advocate Trinity Hospital | Unsecured | | No Claim Filed |
| 15. | Carloton West MD | Unsecured | | No Claim Filed |
| 16. | Blue Island Radiology Consult | Unsecured | | No Claim Filed |
| 17. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 18. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 19. | Katie Baskett | Unsecured | | No Claim Filed |
| 20. | For Your Health & Wellness | Unsecured | | No Claim Filed |
| 21. | Dr Mary Palmore | Unsecured | | No Claim Filed |
| 22. | Kaplan & Sklar | Unsecured | | No Claim Filed |
| 23. | Illinois Bone & Joint Institute | Unsecured | | No Claim Filed |
| 24. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 25. | Medlock & Fletcher Construction | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Palmore, James A<br>Palmore, DuRhonda A<br>Printed: 9/16/08 | | Case Number: 06 B 12080<br>Judge: Wedoff, Eugene R<br>Filed: 9/25/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Midwest Pathology | Unsecured | | No Claim Filed |
| 27. | Preferred Open MRI | Unsecured | | No Claim Filed |
| 28. | Mary K Palmore | Unsecured | | No Claim Filed |
| 29. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 30. | South Shore Hospital | Unsecured | | No Claim Filed |
| 31. | Therapy Providers | Unsecured | | No Claim Filed |
| 32. | South Shore Hospital | Unsecured | | No Claim Filed |
| 33. | St Francis Hospital | Unsecured | | No Claim Filed |
| 34. | St Francis Hospital | Unsecured | | No Claim Filed |
| 35. | University of Chicago | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,156.64 | $ 7,139.51 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 74.40 |
| 5.4% | 264.59 |
| 6.5% | 71.50 |
| | _____ |
| | $ 410.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

